UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-21945-CIV-MORENO

JAMES CANTON,

    Plaintiff,

vs.

DOCTOR BURDGES, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND ORDER DISMISSING CERTAIN DEFENDANTS

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Amended Complaints **(D.E. No. 27)**, filed on **November 12, 2009**, and **(D.E. No. 29)**, filed on **December 15, 2009**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 32)** on **March 30, 2009**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 32)** on **March 30, 2009** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

    **ADJUDGED** that:

    (1)    All claims against Dr. Burdges, Miss Bennet, and Dr. Monseratt are dismissed for failure to state a claim pursuant to 28 U.S.C. 1915(e)(2)(B)(ii).

(2) The claim against Nurse Thomas for denial of medical treatment shall proceed.

(3) Nurse Thomas shall file an answer by **May 4, 2010**.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of April, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record