UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**CASE NO. 09-21945-CIV-MORENO**

JAMES CATON, )
)
*Plaintiff,* )
v. )
)
DOCTOR BURDGES, *et al.* )
)
*Defendants.* )

## ORDER GRANTING MOTION FOR RECONSIDERATION

Upon the Motion for Reconsideration filed on April 22, 2010, and upon this Court's review of the record, it is hereby:

**ORDERED** that:

Defendant Doctor Delvena Thomas shall file a response to Plaintiff's Amended Complaint (D.E. 27) within sixty (60) days of service of a copy of Plaintiff's Amended Complaint (D.E. 27) and Summons upon the United States Attorney. It is

**ORDERED** that:

Defendant Doctor Burdges's Motion for Reconsideration is GRANTED pursuant to Fed. R. Civ. P. 12(a)(3)B). The United States Marshal shall serve a copy of Plaintiff's Amended Complaint (D.E. 27) and Summons upon:

> Duty AUSA, Civil Division
> United States Attorney's Office
> Southern District of Florida
> 99 N.E. 4th Street, 3rd Fl.
> Miami, Florida 33132

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of *[illegible]*, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record
James Caton (*Pro-Se* Plaintiff)
Christopher Macchiaroli, AUSA
United States Marshal
United States Magistrate Judge Patrick A. White