UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **09-21945-CIV-MORENO**

JAMES CANTON,

    Plaintiff,

vs.

DOCTOR BURDGES, et al.,

    Defendants.
_____/

**CLOSED CIVIL CASE**

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND ORDER GRANTING MOTION TO DISMISS

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Defendant Nurse Thomas's Motion to Dismiss **(D.E. No. 45)**, filed on **May 25, 2010**, which pursuant to Fed. R. Civ. P. 12(b)(6) has been treated as a motion for summary judgment. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 66)** on **November 22, 2010** recommending that the above motion be granted. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 66)** on **November 22, 2010** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Defendant Nurse Thomas's Motion to Dismiss **(D.E. No. 45)**, filed on **May 25, 2010**, is hereby GRANTED. It is further

**ADJUDGED** that the Clerk of Court shall close this case.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of December, 2010.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel of Record